UNTIED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
|---|---|---|
| | ) | |
| v. | ) | Cause No. 1:07-CR-73-TLS |
| | ) | Violation: 18 U.S.C. § 2250 |
| THOMAS CARR | ) | |

**THE GRAND JURY CHARGES:**

On or about July, 2007 in the Northern District of Indiana,

THOMAS CARR,

defendant herein, a person required to register under the Sex Offender Registration and Notification Act, did travel in interstate or foreign commerce, and knowingly failed to register or update a registration as required by the Sex Offender Registration and Notification Act;

All in violation of 18 U.S.C. § 2250.

A TRUE BILL

*/S/ Foreperson*
Foreperson

DAVID CAPP
ACTING UNITED STATES ATTORNEY

By: */S/ Lesley J. Miller Lowery*
Lesley J. Miller Lowery
Assistant United States Attorney
E. Ross Adair Federal Bldg. & U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address: lesley.millerlowery@usdoj.gov